*Reprisal* vs. *Hope*, 1745

At A Court of Vice Admiralty held at Newport in the Colony of Rhode Island on Tuesday the 22ᵈ of Octʳ 1745.

Joseph Arnold Second Lieuᵗ of the Reprisal A Private man of war whereof John Hopkins is Commʳ on oath in Court gave Ansʳ to these Questions

*Qᵗ* When where and by whom was this Brigᵗ brought in here as prize by you taken

*Aʳ* In the Cite of Malaesi on the Eighteenth of Sepᵗ by Capᵗ John Hopkins

*Qᵗ* What Number of Persons was there on board at the time of Capture

*Aʳ* There was three Dutch men One of whom brought home who says he was the Master, the other two were formerly taken by the Spaniards, two Frenchmen One Called the Boatswain One Spaniard One Molatto three Indians and four Negroes They came from Sᵗ Domingo bound to Curracoa

*Qᵗ* What Burthen

*Aʳ* About 110 Tons and no Guns.

*Qᵗ* Are all the Papers Produced in Court all that were found on board

at the time of Capture without any fraud Subduction Addition or Embezelment.

$A^r$  Yes some whereof were taken out of the Cap$^n$ Chest

Joseph Arnold

To the truth of which John Macusick Companys Quarter Master was also sworn in Court except that he had no knowledge of the Papers deliver'd by M$^r$ Arnold in Court but has produced some which were found on board since

8ber. 24th 1745. John M$^c$Kusick

Thursday 8ber 24th Jean Venderbist late Master of the Brig$^n$ sent in here by Cap$^t$ John Hopkins as Prize, being sworn in Court gave Answer to these Questions.

Zachariah Poloak was sworn Interpreter

$Q^n$  What knowledge have you of this Brig$^n$ sent here by Cap$^t$ Hopkins as Prize

$A^r$  I am Owner and Master of the Vessel and Cargo and have known her these Sixteen months first at Curracoa where she came from Philadelphia, she was taken afterwards by the french and carried into S$^t$ Domingo and there condemnd sometime in May last as I remember, and I bought her there in July from a french Merch$^t$ one Dupuy and paid Six Hundred and fifty Peices of Eight for her and named her the hope the Person I bought her of Purchased her at Vendue but I bought her by A Private Contract

$Q^n$  What does y$^r$ Cargo Consist of

$A^r$  One Hundred and Sixty Hogsh$^{ds}$ of Sugar and forty Barrels D$^o$ Eleven Barr$^s$ of Indico and One belonging to the Boatswain

$Q^n$  How came you to S$^t$ Domingo.

$A^r$  I came in A Sloop from Curracoa to S$^t$ Domingo loaded with 15 Pip. Madera wine 100 barr$^s$ flower 50 fkins butter 60 Boxes Candles 400 hams 30 Barr$^s$ Bisket and sold it there

$Q^n$  Where did you Purchase this Cargo

$A^r$  In the same Place

$Q^n$  Have you any Sea brief for this Vessel

$A^r$  Yes that is it w$^{ch}$ is Produced in Court Mark'd A which is all I have to show the Property of the s$^d$ Brig$^t$

$Q^n$  When did you obtain the s$^d$ Sea brief for this Vessel

$A^r$  According to the date

$Q^n$  Did you know or hear there was such a Vessel at S$^t$ Domingo before you saild from Curraco

$A^r$  Yes.

$Q^n$  What was the Reason You obtain'd this Sea breif for this Brig. before you bought her

$A^r$ Because my other Vessel would not Contain the Cargo and therefore obtain'd it for A Larger

$Q^n$ Is it Customary for Dutch men to Purchase Vessels in Publick among the french

$A^r$ Answer Yes

$Q^n$ What are these two papers mark'd B and C

$A^r$ That mark'd B. is the Muster Roll of the Sloop and the other is A Certificate that no foreigner was concern'd in her or her Cargo mark'd C.

$Q^n$ Where is the sea breif for $s^d$ Sloop

$A^r$ I The Master has it

$Q^n$ Why did you keep the Muster Roll

$A^r$ There is always two one deliverd to the Owner

$Q^n$ Where is the Muster Roll for this $Brig^n$

$A^r$ I bought her at $S^t$ Domingo and therefore could not obtain a Dutch Muster Roll

$Q^n$ Did you load this Vessel in Publick

$A^r$ Yes before the world and for so doing had the Generals liberty Verbally

$Q^n$ What Number of men and of what Nation was on board $y^r$ $Brig^n$

$A^r$ Two Dutch men and two Mustees born in Curraco 4 Negroes and two french men and A Spaniard Passenger.

$Q^n$ What time did you sail from Curracoa and when did you arrive at $S^t$ Domingo.

$A^r$ I saild the 18th of may and arrived the 21st of $s^d$ month.

$Q^n$ How long before you sail'd from Curraco did you hear this Vessel was at $S^t$ Domingo.

$A^r$ About nine or ten days

$Q^n$ Was she condemn'd before you arrived in $S^t$ Domingo.

$A^r$ I heard she was Condemnd about Eight Days after I arrived there

$Q^n$ Is it not Customary to make oath before you obtain A PassPort

$A^r$ No.

$Q^n$ How do you obtain a Passport or Sea breif from the Governour of Curracoa

$A^r$ by Producing or Showing the Bill of sale to show the Property to be Dutch without which you cannot Obtain it

$Q^n$ How came you then by A Sea brief for this Vessel Before you bought her

$A^r$ I obtaind it as a $fav^r$ from the $Gov^r$ of Curracoa

Jan Vanderbiest

A Libel was filed and monitions were Issued

Wednesday $Nov^v$ 13, 1745

$M^r$ Updike and $M^r$ Honyman $adv^s$ for the Captors enterd a retraxit, which was allowed by the Judge the Captors Paying cost fifteen pound Sterling as the Act of Parliament Directs enter'd by the Judges Order

Delive'd Copies of the Dutch Pass Port Muster Roll, A french Bill of sale and A french Order to M^r Updike Nov^r 16. 1745.

[Admiralty Papers, III, 89]

RHODE ISLAND ETC. To the Honourable Leonard Lockman Esq^r Judg of His Majesty's Court of Vice Admiralty for the Colony of Rhode Island etc.

We Daniel Updike and James Honyman of Newport in the County of Newport Gentleman Advocates to John Hopkins late of Providence Mariner commander of the Sloop Reprisal come into Your Honours court and give Your Honour to Understand that we will proceed no further on the Libel filed by us in behalf of the said John Hopkins against the Brigantine Hope and Cargo in the Form said Libel is exhibited, But do thereupon enter a Retraxit to said Libel Saving to the s^d John Hopkins the Right of Claim to said Vessel and Cargo, And it is prayed that this may be entered

D. Updike ⎫ Advocates
J Honyman ⎭ to John Hopkins

Rec^d this on Wednesday the 13th Nov^r 1745 between ten and Eleven o Clock forenoon                                      W S

[Admiralty Papers, III, 98]

As I intend in a few Hours to set out for Providence, should be obliged to you to let me know your resolution, respecting the delivery of those papers now lodged in your Office, (or Copies thereof) which were delivered by M^r Arnold — I shall be far from urging you to do any Thing contrary to your own Inclination and Judgement, and so far as I know myself, would not desire any Officer whatsoever, to do any Thing contrary to the Nature and Duty of his Office especially one whom I valued as my Friend, what I now ask for is a Matter of much importance, not only in this Case, but may serve as a Precedent for future Times and Cases, I am well persuaded that the Judge's Conduct in this Matter will never bear the Test in any English Court. If I am not greatly mistaken Copies even of the Preparatory Examination in some Case was denied tho' It was matter of doubt whether the Claimant had a right to them, upon which I think I have seen Orders from the register of the Court to one of his Deputies here not to detain any copies of any papers lodged in his Office. As to the Lawful Fees that is due to the Judge whatever they are shall be paid, as to filing the Libel with drawing etc., Its to your Service M^r Updike and myself will take care you shall be handsomely satisfied for, I shall embrace every opportunity to do you all the good offices in my Power I am S^r

Your most Hum^ble Ser^t
J. Honyman Jr.

[Admiralty Papers, III, 99]

Nov. 16$^t$ 1745

Upon the Retraxit of the Libel filed by John Hopkins Commander of the Private Man of war against a Vessel brought in as Prize Whether the Original Papers delivered, or Copies thereof to the Court of Admiralty where the s$^d$ Libel is filed may be delivered according to the *Rules of Law to the persons who delivered the same* A. There is no Question to be made, according to Law that the register is obliged to give Copies of all papers in his Office to any persons demanding the same, paying therefor, and in a More especial Manner, it is the absolute Duty of the Register to deliver Copies of all those papers (in the above Question) Delivered into Court, to the persons who delivered them, upon demanding the same, and is by Law Subject to Damages for refusing .

The above is the Opinion of J. Honyman

[Admiralty Papers, III, 99]

Whereas John Hopkins of Providence in the County of Providence Mariner Commander of the Privateer Sloop Named the Reprisal belonging to Said Providence within his Majes$^{ts}$ Colony of Rhode Island etc. in a Cruise against his Majes$^{ts}$ Enemies did take and bring into the Harbour of Providence aforesaid a Certain Brigantine Named the Hope alledging the Same to be the Property of the Subjects of the King of France And whereas the Owners of Said Sloop and Captors of Said Brigantine Hope did On the twenty fourth Day of October A.D: 1745 at Newport in the Colony aforesaid File their Libell before Leonard Lockman Esq$^r$ Judge of His Majes$^{ts}$ Court of Vice Admiralty dwelling at Newport in his Majes$^{ts}$ Said Colony of Rhode Island the Date of which Libell is the Day and Year aforementioned And then and there did Transact and Do whatsoever was fitting and Lawful to be done in order to procure a Trial and Cause the Said Brigantine Hope to be Condemned a lawful Prize. And whereas the Owners of the Said Sloop Reprisal did on the thirteenth Day of November A D: 1745 at Newport aforesaid without the Privity and Consent of the Company of Said Sloop Reprisal or their Agents and Factor Privately and Clandestinely withdraw the aforesaid Libell from before his Majes$^{ts}$ Said Court of Vice Admiralty and hath taken and Conveyed Said Brigantine Hope from the Harbour of Said Providence to Some other place

Wherefore be it known to all Men that I John M$^c$Kusick of Portsmouth in his Majest$^s$ Province of New Hampshire in New England being Agent and Factor for the Company of Said Sloop Reprisal do hereby Protest for and in Behalf of the Company of Said Sloop Reprisal against the Withdrawing the aforesaid Libell as also against the Removing the Said Brigantine Hope out of the Harbour of Providence aforesaid as Well for all Casualties Losses or Damages that may Happen to Said Brigantine Hope or her Cargo as for Extrardinary Expenses etc. Disburstments that May arise by Reason thereof

as Witness My Hand and Seal in Said Providence this Eighteenth Day of November A D 1745 and in the Nineteenth Year of his Majest$^s$ Reign George the Second King of Great Britain France and Ireland Defender of the Faith

John M$^c$Kusick (L. S.)

Filed and Allowed

Leonard Lockman          Providence Ss

Domain Providence the 20th Day of Nov$^r$ A D 1745
in Presence of

Geo: Taylor Just$^e$ Peace

[Admiralty Papers, III, 100]

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island, on Saturday the 7th of Dec$^r$ A. D. 1745 Present the Hon$^{ble}$ W$^m$ Strengthfield Esq$^r$ D. Judge The Libel against the Brig$^n$ Hope and her Cargo, preferred by the Advocates of Cap$^t$ Jn$^o$ Hopkins, was Read, In Court, as was also, the Preparatory Examinations. And a return made by the Marshall, Respecting the Monitions.

A Retraxet Entered by the S$^d$ Advocates, was also read. A Certificate proving one John M$^c$:Kusick, to be agent, for the Company, on board the private man of warr, Commanded by S$^d$ Hopkins, with a Protest, made by S$^d$ M$^c$Kusick, and allowed by the Judge, against the S$^d$ Retraxet, were likewise read in Court.

And Jn$^o$ Vanderbist being Called out, and not appearing Nor no other person to Claim his Hon$^r$ The D. Judge pronounced the following Decree.

[Admiralty Papers, III, 101]

Newport Dec$^r$ 7th 1745

Whereas John Hopkins, Com$^r$ of the private man of warr the Reprisal did by his advocates file a libel in this Court, in behalf of himself his owners and Company, against the Brig$^n$ Hope, Bro$^t$ into this port being his Commission port, Together with her Cargo Consisting, of one hundred Sixty Hog$^{ds}$ of Sugar, Fourty barrels of Sugar, and 12 barrels of Indigo Setting forth thereby, That the Same belong to the French King his Vassels or Subjects, or others Inhabiting his Dominions, And so a lawful prise whereupon the Proper Monitions were Issued, on the 24th day of Oct$^r$ Last And on the 13th of Nov$^r$ following, the Advocates for the Captures, without the Consent of the Company afores$^d$ In whose behalf, said Lybel was filed, as appears by the protest of Jn$^o$ McKnick Agent for S$^d$ Company, and allowed by the Judge, did Enter a Retraxit, Nevertheless I am Of opinion that I have wright to Proceed to the Adjudication of the Brig$^n$ afores$^d$ I have therefore Perused the Several papers, w$^{ch}$ were produced In this Court by the Captures upon oath, as also the Evidence, and Preparatory Exam$^{ns}$ I thereby find the Dutch Pass Port, was actually Dated before the Vessel was purchased, Consequently

fradulent and of no Value, And by a French bill of Sale, for the S$^d$ Vessel, to Jn$^o$ Vanderbist, the mas$^r$ of s$^d$ Brig$^n$ is therein Called a French merchant in S$^t$ Domingo, and also a French order, from one Condereau Commending s$^d$ Vanderbist, to observe, some Directions given him, Respecting the Vessel, But what puts the matter beyond all dispute in my opinion is, That the S$^d$ Brig$^n$ had never been into any port, Save that she was Carried into, by the French as prize, when taken from the English, she must therefore be Supposed to be the property of the French King, his Vassels or Subjects, or others Inhabiting his Domminions, Enemies to our Sovereign Lord the King, And no person appearing to Claim, I therefore Condemn the Said Vessel with her Appertenances, and Cargo aforesaid, as a lawful prise, to be divided amongst the owners and Company, as they have or shall agree, The Captors paying Costs as the Act of Parlament Directs.

W$^m$ Strengthfield D Judge

[Admiralty Papers, III, 102]